# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3614
_____

JOHN G. SCHANCK,

Petitioner,

v.

WILLIAM M. GAYHART and
DEBRA L. BUCHANAN, as co-
personal representatives of the
Estate of Myong-he Gayhart,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


August 28, 2018


PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephanie A. Sussman of Bledsoe, Jacobson, Schmidt, Wright & Sussman, Jacksonville, for Petitioner.

W. Barry Blum, Paul J. Battista, Omar K. Bradford, and Benjamin P. Bean of Genovese Joblove & Battista, P.A., Miami, for Respondents.